# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 5/1/2025   Time: 1:30 p.m.

Defendant: **Carla Magaly Alcedo Mendoza**   J#: 23633-506   Case #: **21-CR-20328-GAYLES/TORRES**

AUSA: **Phillip Toomajian**   Attorney:

Violation: Consp to Commit Mail and Wire Fraud. Mail Fraud. Wire Fraud. Extortion and Attempted Extortion.
Surr/Arrest Date: 04/30/25   YOB: 1981

Proceeding: Initial Appearance   CJA Appt: **Alfredo A. Izaguirre, Esq.**

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at: **STIP-Pretrial Detention with the right to revisit**   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: **Spanish**

Disposition:
***Government's ore tenus motion to unseal a Sealed Indictment-Granted.*** ***Defendant's ore tenus request for appointment of Counsel-Granted.*** Defendant sworn and CJA appointed. Both sides stipulate to Pretrial Detention with the right to revisit (No hearing held). ***Defendant Arraigned.*** Reading of Information Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. ***Defendant's ore tenus request for entry of the Standing Discovery order-Granted.***

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **EGT-14:01:41**   Time in Court: **5 mins.**

s/Edwin G. Torres   Magistrate Judge