UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cr-20328-GAYLES

UNITED STATES OF AMERICA

vs.

CARLA MAGALY ALCEDO MENDOZA,

Defendant.
_____/

## UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER

COMES NOW the United States of America, by and through undersigned counsel, and moves the Court for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), barring the defendant from providing certain discovery materials identified below to third parties, except to the extent that defense counsel needs to do so for trial preparation or for trial use.

Federal Rule of Criminal Procedure 16(d)(1) states: "At any time the court may, for good cause, . . . restrict . . . discovery or inspection, or grant other appropriate relief."  The Supreme Court has stated that "the trial court can and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect." Alderman v. United States, 394 U.S. 165, 185 (1969).

Some of the discovery material to which the defense will be given access includes sensitive personal information of consumers and other third parties, including telephone numbers, addresses, credit card numbers, and bank account information.  Accordingly, the United States requests that the Court enter a protective order against the defense's disclosure of these materials.

WHEREFORE, the United States respectfully requests that the Court enter a Protective Order barring disclosure of the sensitive personal information of individuals, including telephone numbers, addresses, credit card numbers, and bank account information, except for trial preparation, for use at trial.

Dated:  May 2, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:  **Phil Toomajian**
Philip M. Toomajian
Senior Trial Attorney
Transnational Criminal Litigation Coordinator
Speare Hodges
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Court ID Nos. A5501275, A5502926
Tel. 202 532-4300
Email: Philip.Toomajian@usdoj.gov

## CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9)

Under Local Rule 88.9, I hereby certify that I conferred with counsel for defendant who stated that the defendant had no objection to filing of this motion.

                                                     By:    **Phil Toomajian**
                                                                  Philip M. Toomajian
                                                                  Senior Trial Attorney